**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Alejandro Espinoza,

Petitioner

v.

John Mattos, et al.,

Respondents

Case No. 2:26-cv-02560-JAD-EJY

**Order Granting Stipulation to Dismiss Case as Moot**

[ECF No. 12]

Petitioner Alejandro Espinoza filed this petition for federal habeas corpus relief from his immigration detention. The parties now stipulate to dismiss his petition as moot, explaining that Espinoza was granted bond and released from custody on September 16, 2026.[1] Accordingly,

IT IS ORDERED that the stipulation to dismiss **[ECF No. 12] is GRANTED. This case is DISMISSED** as moot. **The Clerk of Court is directed to CLOSE THIS CASE.**

U.S. District Judge Jennifer A. Dorsey
September 24, 2026

[1] ECF No. 12.